Romulo Di Manna ⎫
vs. ⎬ Eq. No. 9211
David H. Haley et al. ⎭

### February 4, 1929.

TANNER, P. J. This is a bill in equity brought against the respondents Haley, O'Connell and Danforth. It alleges that the complainant did work, labor and construction on a house upon a certain lot by contract with said Haley; that Haley never had the title to said lot and that the title was in the respondent O'Connell on a trust to convey it to Haley whenever Haley desired; that the respondent Danforth holds two mortgages upon said land.

The bill is heard upon demurrer on the ground that the complainant is a simple contract creditor without judgment.

The complainant argues that he is seeking to enforce a trust against said O'Connell and Haley. We do not think, however, that it makes any difference whether O'Connell obtained title under a trust to Haley or whether Haley had the title and fraudulently conveyed it to O'Connell. This State has adopted the rule that, with a few exceptions not applicable here, a simple contract creditor must obtain judgment before he can reach equitable assets by a bill in equity. The theory is that simple contract creditors should first establish their claims at law before they should be allowed to resort to equity to chal-

lenge the effect or results of conveyances where the title is in a third party.

The demurrer is therefore sustained.
For plaintiff: E. D. Higgins.
For defendant: William H. McSoley.